AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
FEB 1 0 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Mark Anthony Caldera a.k.a. Big Boy, a.k.a. Big Chones, a.k.a. UM-4053 | ) Case No. 5:20-MJ-232 |
| | ) **1:20-mj-124** |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **2018 through Sept. 2019** in the county of **Bexar and others** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 846, 841(a)(1) | 21 USC 846 & 21 USC 841(a)(1), (b)(1)(B)(viiii) - Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit 500 grams or more of a mixture or substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature
Jaime Diaz, Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/10/2020

_____
Judge's signature
Henry Bemporad, U.S. Magistrate
Printed name and title

City and state: San Antonio, Texas

Daphne D. Newaz

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Jaime Diaz, Affiant, being duly sworn, deposes and says :

2. I am an Investigator with the Seguin Police Department, assigned to the U.S. Drug Enforcement Administration (DEA) as a Task Force Officer (TFO). I have been so employed since December 19, 2018. My responsibilities include the investigation of criminal violations of Title 21, United States Code and other related offenses.

3. This affidavit is based upon my familiarity and investigation of this matter, as well as conversations I have had with other members of law enforcement also involved in this investigation and from other sources of information specifically discussed herein. This affidavit does not include every fact and matter observed by me or known to the government relating to this investigation.

4. Since around 2018, the Drug Enforcement Administration (DEA), with support from the United States Marshals Service (USMS), Seguin Police Department, Texas Department of Public Safety, Terrell Hills Police Department, Guadalupe County Sheriff's Office, Hays County Sheriff's Office, Bexar County Sheriff's Office, Gonzales Police Department, and San Marcos Police Department, have been investigating the Escobedo drug trafficking organization ("DTO") operating in Seguin, Texas, Austin, Texas, San Antonio, Texas (all within the Western District of Texas), Mexico, and elsewhere. Jesse Escobedo, the leader of this organization, is based out of Seguin, Texas. The Escobedo DTO has been responsible for the importation and distribution of methamphetamine and cocaine throughout the United States and the laundering of money to promote and conceal the trafficking of narcotics. This investigation has resulted in the seizure of over

5 kilograms of cocaine, over 65 grams of crack cocaine, and over 14 kilograms of methamphetamine.

5. Mark Anthony Caldera a.k.a. Big Chones, a.k.a. UM-4053 (CALDERA) is a member of the Escobedo DTO. CALDERA has been intercepted via Title III wiretaps on numerous occasions speaking to Escobedo and other co-conspirators regarding the distribution of narcotics, specifically cocaine, and drug proceeds. From the spring of 2018 through September of 2019, CALDERA worked for the organization as an individual taking receipt of and distributing kilogram quantities of cocaine, collecting and delivering drug proceeds, and depositing drug proceeds. Throughout this investigation, Escobedo utilized his property off Geronimo in Seguin, Texas, to distribute controlled substances and collect drug proceeds. For example, CALDERA has been intercepted on March 8, 2019, communicating with Escobedo regarding coordinating a meet up, and he was observed shortly after those communications, on March 8, 2019, arriving at the Geronimo property. He left shortly thereafter. A few days later, Escobedo was intercepted complaining about the quality of the kilogram of cocaine that CALDERA had delivered and discussing how he was going to try to cut it / salvage it. Also, CALDERA utilized a property off Harmon's Way in San Marcos, Texas, to conduct numerous cocaine transactions. For example, on August 8, 2019, based off intelligence from Title II wiretaps, along with surveillance and other known information, DEA seized over 60

grams of cocaine originating from that particular residence.

_____
Jaime Díaz
Task Force Officer/DEA

Sworn to before me this ___10th___ day of February 2020

_____
HENRY J. BEMPORAD
U.S. MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS

3

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) |
|---|---|
| v. | ) Case No. 5:20-MJ-232 |
| | ) |
| | ) 1:20-mj-124 |
| Mark Anthony Caldera a.k.a. Big Boy, a.k.a. Big Chones, a.k.a. UM-4053 | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Mark Anthony Caldera a.k.a. Big Boy, a.k.a. Big Chones, a.k.a. UM-4053,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 & 21 USC 841(a)(1), (b)(1)(B)(viiii) - Conspiracy to Possess with Intent to Distribute a Controlled Substance, to wit 500 grams or more of a mixture or substance containing a detectable amount of cocaine.

Date: 02/10/2020

*Issuing officer's signature*

City and state: San Antonio, Texas

Jaime Diaz, Task Force Officer
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*